CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
IJEOMA U. EKE (Bar No. 331938)
(E-Mail: Ijeoma_Eke@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-3017
Facsimile: (213) 894-7556

Attorneys for Defendant
BRANDON ALEXANDER HICKS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRANDON ALEXANDER HICKS,<br>Defendant. | Case No. CR 20-140-VAP<br>**EXHIBIT E IN SUPPORT OF DEFENDANT BRANDON ALEXANDER HICKS POSITION RE: SENTENCING**<br>Hearing Date: July 11, 2022<br>Hearing Time: 10:00 a.m. |

Defendant Brandon Alexander Hicks, by and through his attorney of record, Deputy Federal Defender Ijeoma U. Eke, herby files the attached exhibit in support of his position regarding sentencing filed on June 24, 2022.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 5, 2022

By */s/ Ijeoma U. Eke*
IJEOMA U. EKE
Deputy Federal Public Defender
Attorney for Brandon Alexander Hicks

# EXHIBIT E

Carissa Clemens
7858 Arbor Circle
Huntington Beach, CA 92647

June 25, 2022

Honorable Virginia A Phillips
United States District Judge
350 West 1st Street
Los Angeles, CA 90012

Dear Judge Phillips,

I have known Brandon Hicks and his sister for over ten years. We were previously neighbors and have kept in contact. Brandon has always been there to help me no matter what I have needed. He has been there physically to help me as well as to console me during hard times. He regularly worked on my daughter's car as well as mine. When I broke down Brandon stopped everything, he was doing to come help me. He expressed that he was worried about me getting hit on the side of the road.

I am aware Brandon is being charged with being a felon in possession of ammunition. I have never seen that side of him. The Brandon I know has always tried to help everyone no matter how difficult the situation. I have seen firsthand how patience he is with his nephew who has a mental disability.

Even though Brandon had a hard childhood (his mom with cancer and his dad not being around) I have never seen him feel sorry for himself. When Brandon is released, I will be here for all the motivation and guidance he may need.

Best regards,

Carissa Clemens

Carissa Clemens